THE HANSON LAW FIRM
John W. Hanson, SBN: 214771
Elisa M. Swanson, SBN: 215361
7752 Fay Avenue, Ste. F
La Jolla, CA 92037
Phone: (858) 451-0291 / Fax: (858) 451-0281
john@thesandiegolemonlawyer.com

Alan M. Mansfield, SBN: 125998
CONSUMER LAW GROUP OF CALIFORNIA
16870 West Bernardo Dr., Ste. 400
San Diego, CA, 92127
Phone: (619) 308-5034 / Fax: (888) 341-5048
alan@clgca.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN TREMPER and HEATHER TREMPER, Natural Persons, on behalf of themselves and all others similarly situated and for the benefit of the general public,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC, a Limited Liability Company, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 20-cv-00828-NC<br><br>**DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

In accordance with the provisions of 28 U.S.C. § 636(c), plaintiffs hereby **decline** to have a United States magistrate judge conduct all further proceedings in this case and hereby request that this case be reassigned to a United States district judge.

DATED: February 10, 2020    THE HANSON LAW FIRM
　　　　　　　　　　　　　　　Attorneys for Plaintiffs

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　John W. Hanson, Esq.
　　　　　　　　　　　　　　　Elisa M. Swanson, Esq.

1

Declination of Maj. Judge

7752 Fay Avenue, Ste. F
La Jolla, CA 92037
Phone: (858) 451-0291/Fax: (858) 451-0281

Alan M. Mansfield
CONSUMER LAW GROUP OF CALIFORNIA
16870 West Bernardo Dr., Ste. 400
San Diego, CA, 92127
Phone: (619) 308-5034/Fax: (888) 341-5048

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2020, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

DATED: February 10, 2020

_____
John W. Hanson, Esq.