THE HANSON LAW FIRM
John W. Hanson, SBN: 214771
Elisa M. Swanson, SBN: 215361
7752 Fay Avenue, Ste. F
La Jolla, CA 92037
Phone: (858) 451-0291 / Fax: (858) 451-0281
john@thesandiegolemonlawyer.com

Alan M. Mansfield, SBN: 125998
CONSUMER LAW GROUP OF CALIFORNIA
16870 West Bernardo Dr., Ste. 400
San Diego, CA, 92127
Phone: (619) 308-5034 / Fax: (888) 341-5048
alan@clgca.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN TREMPER and HEATHER TREMPER, on behalf of themselves and all others similarly situated and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC, a Delaware limited liability company; and DOES 1 through 20, inclusive<br><br>Defendants. | Case No. 4:20-cv-00828-HSG<br><br>**ORDER DENYING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF**<br><br>Hearing Date: April 16, 2020<br>Time: 2:00 p.m.<br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Place: Courtroom 2<br>4th Floor |

Based on the Administrative Motion filed by Plaintiffs, and good cause appearing therefor, **IT IS ORDERED** that:

The briefing deadlines and hearing date for Defendant FCA LLC.'s Motion to Dismiss (Dkt. No. 22) are hereby vacated. The Court will reset those dates depending on the outcome of Plaintiffs' Motion to remand this action to the Monterey County Superior Court (Dkt. No. 21), which is set for hearing on April 16, 2020.

**[OR ALTERNATIVELY]**

- 1 -
**ORDER RE PLAINTIFFS' MOTION FOR ADMIN RELIEF**
**Case No. 4:20-cv-00828-HSG**

1     The briefing schedule and hearing date for Defendant FCA LLC's Motion to Dismiss (Dkt.
2 No. 22) are hereby continued. The hearing date on this motion is continued to _____,
3 2020. Any Opposition and Reply papers to be submitted in connection with such motion are to be
4 filed 21 and 14 days, respectively, prior to that hearing date.

Dated: 3/12/2020

                                        Hon. Haywood
                                        United States

[Stamp: DENIED — Haywood S. Gilliam Jr. — Judge Haywood S. Gilliam Jr. — United States District Court, Northern District of California]